## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 10, 2023

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

        Re:  Case No. 21-5062/21-5288/21-5472, *Hall, et al v. USA*
            Originating Case Nos. 3:20-cv-00646: 3:18-cv-00735:3:16-cv-00075: 3:10-cr-00163

Dear Ms. Hill:

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Patricia J. Elder, Senior Case Manager
                                      for Virginia Padgett, Case Manager

cc:  Ms. Jodie Ann Bell
      Mr. Rascoe S. Dean
      Mr. Michael C. Holley
      Mr. Robert S. Levine

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-5062/21-5288/21-5472

_____

Filed: April 10, 2023

MONTEZ HALL

KEAIRUS WILSON

RONDARIUS LORENZO WILLIAMSON

    Petitioners - Appellants

v.

UNITED STATES OF AMERICA

    Respondent - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 02/14/2023 the mandate for this case hereby issues today.

  COSTS: None